EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JULIO CORDERO RIVERA, acusado y apelante.

*Número:* CR–62–86     *Resuelto:* 16 de octubre de 1962

*William Morales Torres,* abogado del apelante; *J. B. Fernández Badillo, Procurador General,* y *Rodolfo Cruz Contreras, Procurador General Auxiliar,* abogados de El Pueblo, apelado.

Sala integrada por el Juez Asociado Señor Pérez Pimentel como Presidente de Sala y los Jueces Asociados Señores Rigau y Dávila.

PER CURIAM: ▆▆ El apelante impugna la declaración jurada que sirvió de base para expedir una orden de allanamiento para registrar su residencia. Sostiene que la referida declaración jurada fue firmada ante una persona como juez de distrito de Ponce, cuando en realidad era juez de paz de Peñuelas. Lo mismo acontece con la orden de allanamiento. La mera exposición del fundamento revela su frivolidad. De acuerdo con la Ley de la Judicatura los jueces de paz están autorizados para expedir órdenes de registro y allanamiento. Ley Núm. 11 de 24 de julio de 1952, sec. 22—4 L.P.R.A. sec. 202—. Sostiene además que

los hechos expuestos en la declaración jurada no eran suficientes para justificar la expedición de la orden de allanamiento. La declaración expresa que el deponente vio en una casa que describe, a un individuo recibiendo un paquete que abrió, y el mismo contenía boletos o "tickets" de bolita, que además vio listas de números de las que se usan en el referido juego, y afirma que no tiene duda que todo lo que vio era material de bolita. Esto era suficiente justificación para expedir la orden de allanamiento. █

Considerada la prueba que tuvo ante sí el tribunal de instancia, ésta revela que el acusado fue sorprendido al ser allanada su residencia mientras manipulaba material de bolita. Se ocupó dinero, alrededor de $160.00 y listas de números jugados. El testigo que ejecutó la orden de allanamiento describió las listas como las que se usan en el juego ilegal de la bolita y el juez sentenciador luego de considerar todas las objeciones levantadas por la defensa declaró culpable al acusado. Una lectura de la transcripción de evidencia demuestra que se estableció la culpabilidad del acusado más allá de toda duda razonable.

*Se confirmará la sentencia dictada por el Tribunal Superior, Sala de Ponce, en 29 de junio de 1959.*